**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

TOYOTA MOTOR CORP. UNINTENDED ACCELERATION

MARKETING, SALES PRACTICES AND PRODUCT

MDL No. ___2151_____ & TITLE - IN RE: LIABILITY LITIGATION_____

# NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Boch T, Inc., Defendant

Boch NTY, Inc., Defendant

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

DaSilva v. Toyota Motor Sales U.S.A., Inc., et al., D.Mass. Civil Action No. 1:20-cv-10984-ADB

**************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| June 19, 2020 | /s/ John B. Stewart |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Telephone No.: (413) 206-9134

Fax No.: (413) 733-4403

Email Address: TheTrialer@aim.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION


IN RE: TOYOTA MOTOR CORP. )
UNINTENDED ACCELERATION )
MARKETING, SALES PRACTICES, )  MDL No. 2151
AND PRODUCTS LIABILITY )
LITIGATION )


CERTIFICATE OF SERVICE

  I hereby certify that on June 19, 2020, I electronically filed the foregoing Appearance using the CM/ECF system, which will automatically send email notification of such filing to all Liaison Counsel.

  I hereby further certify that on June 19, 2020, I caused a true and correct copy of the foregoing Corporate Disclosure Statement to be served upon the following parties or counsel in the DaSilva v. Toyota Motor Sales U.S.A., Inc., Case No. 1:20-cv-10984 (D. Mass.) action, listed below, by U.S. Mail.

| Plaintiff's Counsel | Counsel for Defendants Toyota Motor Sales |
|---|---|
| Peter M. Merrigan | U.S.A., Inc. and Toyota Motor Engineering & |
| Sweeney Merrigan Law, LLP | Manufacturing, Inc. |
| 268 Summer Street, LL | Matthew G. Berard |
| Boston, MA 02210 | Bowman and Brooke LLP |
| Phone: (617) 391-9001 | 41000 Woodward Avenue, Suite 200 East |
| Fax: (617) 357-9001 | Bloomfield Hills, MI 48394 |
| peter@sweeneymerrigan.com | Phone: (248) 205-3393 |
| | Fax: (248) 205-3399 |
| | Matthew.Berard@bowmanandbrooke.com |


/s/ John B. Stewart
JOHN B. STEWART