# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. _____2151_____ & TITLE - IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):
DaSilva v. Toyota Motor Sales U.S.A., Inc., et al., D.Mass. CA#1:20-cv-10984-ADB

## CORPORATE DISCLOSURE STATEMENT

BOCH T, INC., and BOCH NEW TO YOU, INC.

The undersigned counsel for _____, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☐   This party's parent corporation(s) are listed below:

☐   The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☒   This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

| | |
|---|---|
| /S/ JOHN B. STEWART | MURPHY & MANITSAS, LLC |
| Signature of Attorney | Name of Firm |
| 20 Maple St., Ste. 301 | Springfield, MA 01103 |
| Address | City/State/Zip Code |

Date   June 18, 2020

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document.  All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION


IN RE: TOYOTA MOTOR CORP.          )
UNINTENDED ACCELERATION           )
MARKETING, SALES PRACTICES,        )          MDL No. 2151
AND PRODUCTS LIABILITY             )
LITIGATION                         )


CERTIFICATE OF SERVICE

      I hereby certify that on June 19, 2020, I electronically filed the foregoing Corporate Disclosure Statement using the CM/ECF system, which will automatically send email notification of such filing to all Liaison Counsel.

      I hereby further certify that on June 19, 2020, I caused a true and correct copy of the foregoing Corporate Disclosure Statement to be served upon the following parties or counsel in the DaSilva v. Toyota Motor Sales U.S.A., Inc., Case No. 1:20-cv-10984 (D. Mass.) action, listed below, by U.S. Mail.

| Plaintiff's Counsel | Counsel for Defendants Toyota Motor Sales U.S.A., Inc. and Toyota Motor Engineering & Manufacturing, Inc. |
|---|---|
| Peter M. Merrigan | Matthew G. Berard |
| Sweeney Merrigan Law, LLP | Bowman and Brooke LLP |
| 268 Summer Street, LL | 41000 Woodward Avenue, Suite 200 East |
| Boston, MA 02210 | Bloomfield Hills, MI 48394 |
| Phone: (617) 391-9001 | Phone: (248) 205-3393 |
| Fax: (617) 357-9001 | Fax: (248) 205-3399 |
| peter@sweeneymerrigan.com | Matthew.Berard@bowmanandbrooke.com |


/s/ John B. Stewart
JOHN B. STEWART